# EXHIBIT A

Case 1:25-cv-00117-FB-CHK    Document 32-1    Filed 05/16/25    Page 2 of 3 PageID #: 598

# Social Security Administration
## Important Information

From: Social Security Administration

Date: 09/25/2024
Telephone No.: 1-800-772-1213

WILLIAM KOLBERT
4 DONALD DRIVE
SYOSSET NY 11791-5208

The enclosed form(s) has been sent to you based on your recent contact with Social Security's toll-free telephone service. It is important that you complete the enclosed form(s) and mail/return it to the address shown below.

**SOCIAL SECURITY ADMINISTRATION**
2ND FL
163 MINEOLA BLVD
MINEOLA NY 11501-4242

Office Hours : 09:00AM to 04:00PM

If you have any questions or need further assistance, please call our toll-free number **(1-800-772-1213) between 8:00 a.m. - 7:00 p.m.**, Monday through Friday, or contact your local Social Security Office at 866-758-1318.

**Suspect Social Security Fraud?**

If you suspect Social Security fraud, please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

Social Security Administration

UNIT:317

U.S. Department of the Treasury
Bureau of the Fiscal Service
P.O. Box 1686
Birmingham, AL 35201-1686



### PLEASE RETAIN FOR YOUR RECORDS

09/18/24



WILLIAM KOLBERT
15614 80TH ST # 2
HOWARD BEACH, NY  11414-2503

### What Happened to My Payment?

The U.S. Department of the Treasury, Bureau of the Fiscal Service (Fiscal Service), applied all or part of your payment to delinquent debt that you owe. This action is authorized by federal law. Below is your payment information:

Payment From: Social Security Administration
Payee Name: WILLIAM KOLBERT
Original Payment Amount: $3177.10
Payee TIN (Last Four): 7591
Beneficiary TIN (Last Four): 7591

Payment Date: 09/18/24
Payment Type: EFT
Claim Account Number:

### Who Do I Owe?

We applied your payment to debt that you owe to the following agency:

Small Business Administration
409 3RD ST SW
WASHINGTON          DC  20416

877-552-2692

TOP Trace Number:           7884
Account #:           0001
Applied To This Debt: $476.57
Type of Debt: Non-Tax Federal Debt

Please see additional pages for other debts, if any.

### What Should I Do?

If you agree that you owe the debt, you do not need to do anything. Your debt balance has been reduced. If you believe that your payment was applied in error, you would like to resolve your debt, or you have questions about your debt or outstanding balance, contact the agency listed under **Who Do I Owe**. Please have this notice available when you contact the agency.

Only the agency listed under **Who Do I Owe** has information about your debt. Before sending a debt to Fiscal Service, an agency must send notice to you at the address in its records. The notice explains the amount and type of debt you owe, the rights available to you, and the agency's intention to collect the debt by applying eligible federal payments made to you.

For questions about your debt, please call the agency listed under **Who Do I Owe**. If you have questions about the Treasury Offset Program, please visit our website at www.fiscal.treasury.gov/TOP. Please do not contact the Social Security Administration regarding the reduction made in your federal payment as a result of this offset.

FOR OFFICIAL USE ONLY: SL09/21

TPLOTLTR-P01WILL000821