# EXHIBIT B



**pressconnects.**

Home    News    Sports    Business    Go!    Obituaries

Share 0          Post

**NYDATABASES.COM**

(/)                by **pressconnects.com**

Data Central (/)  |  Paycheck Protection Program Loans (/paycheck-protection-program-loans)

**Coronavirus (COVID-19) - Paycheck Protection Program Loans**

# WILLIAM KOLBERT

The Small Business Administration has released a list of businesses that have received emergency pandemic loans. Use our searchable database to see who in New York received funds.

## Search Paycheck Protection Program Loans

| New York ▾ | Search by name, city or other keywords | Find loans |
|---|---|---|

### Business Detail

| | |
|---|---|
| Name | WILLIAM KOLBERT |
| Address | 15614 80th St # 2 |
| City | Howard Beach |
| State | New York |
| ZIP Code | 11414-2503 |
| Rural/Urban | Urban |
| Hubzone | No |
| Labor Market Information (LMI) | No |
| Business Age Description | Existing or more than 2 years old |
| Jobs Reported | 1 |

| | |
|---|---|
| NAICS | 621511: Medical Laboratories |
| Business Type | Single Member LLC |
| Race/Ethnicity | Unanswered |
| Gender | Unanswered |
| Veteran | Unanswered |

## Loan Detail

| | |
|---|---|
| Loan Number | ████8905 |
| Date Approved | May 2, 2021 |
| Loan Status | Charged Off |
| Loan Status Date | Aug. 10, 2023 |
| Term | 33 Months |
| Lender | Benworth Capital |
| Initial Approval Amount | 18,803.00 |
| Current Approval Amount | 18,803.00 |
| Payroll Proceed | 18,803.00 |

**Source: U.S. Small Business Administration (SBA) (https://www.sba.gov/funding-programs/loans/covid-19-relief-options/paycheck-protection-program)**

More

## You deserve to know where your money went. That's why we published PPP loan data

When the government spends money, taxpayers deserve to know how it was spent, Clarion Ledger Editor Marlon A. Walker says.
(https://www.clarionledger.com/story/opinion/2021/04/26/paycheck-protection-program-loan-info-byproduct-open-records-laws/7311332002/)

## Tracking the Coronavirus Contagion

This map is your interactive guide to confirmed cases, recoveries and deaths from the coronavirus around the state, nation and world.
(/coronavirus/)

## COVID-19 Vaccine Tracker

This is your state and county equivalent level look at how many have gotten a dose or doses of the COVID-19 vaccine.
(/covid-19-vaccine-tracker/)

## Comparing the Curve

Has the curve flatten in my town? Compare the spread of the infection with other areas in the U.S.
(/coronavirus-curve/)

## COVID-19 Hospital Capacity

Check out bed occupancy rate of hospitals.
(/covid-19-hospital-capacity/)

## Coronavirus Unemployment Tracker

This interactive map provides a picture of the ranks of the unemployed at the national, state and county level.
(/coronavirus-unemployment/)

Help · Terms of Service · Subscription Terms & Conditions · Privacy Policy · Site Map ·

Accessibility · Our Ethical Principles · Responsible Disclosure · ✓✗ Your Privacy Choices

 

© Copyright Gannett 2024