# EXHIBIT D

**From:** PPP ID Theft Inquiries <pppidtheftinquiries@sba.gov>
**To:** William Kolbert <edllp@aol.com>
**Sent:** Friday, October 11, 2024 at 11:56:59 AM EDT
**Subject:** Identity Theft Complaint for PPP Loan Number ████ 8905 CSH Email ID:0048700000827

**U.S. Small Business Administration**

**<u>DELIVERED VIA EMAIL</u>**

October 11, 2024

William Kolbert
4 Donald Drive
Syosset, NY 11791
edllp@aol.com

RE: Identity Theft Complaint Loan: █████ 8905

Dear William Kolbert:

The SBA is in receipt of your email. SBA has requested a copy of the lender's file and will forward your claim for review upon receipt.  SBA will review your identity theft claim for the sole purpose of releasing you of your obligation to repay the loan.

Supplemental documents including, but not limited to, bank statements and/or tax returns may be requested during the review process, if required to substantiate the IDT claim.

In addition, if your loan has been referred to Treasury for collection, SBA will recall the referral.  It may take up to 30 (thirty) days for this update to take effect in our system.  Please contact us at PPPIDTheftInquiries@sba.govshould you receive any notices, statements or other correspondence more than thirty days after the date of this letter.

SBA will refer your ID Theft complaint to SBA's Office of Inspector General for investigation.  Please be aware that SBA does not have the regulatory authority to adjudicate fraud allegations.  SBA will not provide information regarding the status of any possible criminal investigations being conducted by SBA's Office of Inspector General or other law enforcement agencies in connection to your case.  SBA is also unable to release any documents related to an ongoing criminal investigation.

For more information, please see SBA Guidance on Reporting Identity Theft.

Please feel free to reach out with any questions you may have.


Thank you,


Office of Financial Program Operations
**U.S. Small Business Administration**
Home Page | X | Instagram  | Facebook | YouTube | LinkedIn | Email Alerts
https://www.sba.gov/funding-programs/loans/make-payment-sba