# EXHIBIT E

FLORIDA DEPARTMENT *of* STATE                                              DIVISION OF CORPORATIONS



## Detail by Entity Name

Florida Limited Liability Company
BENWORTH CAPITAL PARTNERS LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L12000015852 |
| **FEI/EIN Number** | 26-2324600 |
| **Date Filed** | 02/01/2012 |
| **Effective Date** | 03/31/2008 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | CONVERSION |
| **Event Date Filed** | 02/01/2012 |
| **Event Effective Date** | NONE |

**Principal Address**

700 BILTMORE WAY
STE C-1
CORAL GABLES, FL 33134

Changed: 11/10/2021

**Mailing Address**

700 BILTMORE WAY
STE C-1
CORAL GABLES, FL 33134

Changed: 11/10/2021

**Registered Agent Name & Address**

ALFRED F. ANDREU, P.A.
700 BILTMORE WAY
STE C-1
CORAL GABLES, FL 33134

Name Changed: 04/05/2016

Address Changed: 04/28/2022

**Authorized Person(s) Detail**

**Name & Address**

Title Manager

Bernardo E Navarro
700 BILTMORE WAY
STE C-1
CORAL GABLES, FL 33134

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2023 | 04/28/2023 |
| 2023 | 09/14/2023 |
| 2024 | 03/28/2024 |

### Document Images

| | |
|---|---|
| 03/28/2024 -- ANNUAL REPORT | View image in PDF format |
| 09/14/2023 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 04/28/2023 -- ANNUAL REPORT | View image in PDF format |
| 10/28/2022 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 10/27/2022 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 04/28/2022 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2021 -- ANNUAL REPORT | View image in PDF format |
| 02/27/2020 -- ANNUAL REPORT | View image in PDF format |
| 04/30/2019 -- ANNUAL REPORT | View image in PDF format |
| 01/26/2018 -- ANNUAL REPORT | View image in PDF format |
| 04/20/2017 -- ANNUAL REPORT | View image in PDF format |
| 04/05/2016 -- ANNUAL REPORT | View image in PDF format |
| 03/19/2015 -- ANNUAL REPORT | View image in PDF format |
| 02/26/2014 -- ANNUAL REPORT | View image in PDF format |
| 04/12/2013 -- ANNUAL REPORT | View image in PDF format |
| 02/01/2012 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations

Case 1:25-cv-00117-FB-CHK    Document 32-5    Filed 05/16/25    Page 4 of 11 PageID #: 618

**2024 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L12000015852

**Entity Name:** BENWORTH CAPITAL PARTNERS LLC

**FILED**
**Mar 28, 2024**
**Secretary of State**
**9238613529CC**

**Current Principal  Place of Business:**

700 BILTMORE WAY
 STE C-1
CORAL GABLES,  FL  33134

**Current Mailing Address:**

700 BILTMORE WAY
 STE C-1
CORAL GABLES,  FL  33134  US

**FEI Number: 26-2324600**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

ALFRED F. ANDREU, P.A.
700 BILTMORE WAY
 STE C-1
CORAL GABLES, FL  33134  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   ALFRED F. ANDREU                                                                   03/28/2024

                Electronic Signature of Registered Agent                                                             Date

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MANAGER |
| Name | BERNARDO E NAVARRO |
| Address | 700 BILTMORE WAY<br> STE C-1 |
| City-State-Zip: | CORAL GABLES  FL  33134 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: BERNARDO E NAVARRO                        MANAGER                    03/28/2024

           Electronic Signature of Signing Authorized Person(s) Detail                                    Date

L12000015852

(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP       ☐ WAIT       ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____       Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



500219355695

02/01/12--01026---011    **150.00

2012 FEB -1 AM 11: 18
SECRETARY OF STATE
TALLAHASSEE, FLORIDA
FILED

J. BRYAN

FEB - 2 2012

EXAMINER

## COVER LETTER

**TO:**   Registration Section
         Division of Corporations

**SUBJECT:** ___BENWORTH CAPITAL PARTNERS INCORPORATED___
                 (Name of Resulting Florida Limited Company)

The enclosed Certificate of Conversion, Articles of Organization, and fees are submitted to convert an "Other Business Entity" into a "Florida Limited Liability Company" in accordance with s. 608.439, F.S.

Please return all correspondence concerning this matter to:

ALEXIS GONZALEZ, ESQ.
                (Contact Person)

THE LAW OFFICE OF ALEXIS GONZALEZ, P.A.
                (Firm/Company)

3162 COMMODORE PLAZA, SUITE 3E
                (Address)

COCONUT GROVE, FLORIDA 33133
                (City, State and Zip Code)

ALEXIS@AGLAWPA.COM
E-mail address: (to be used for future annual report notifications)

For further information concerning this matter, please call:

ALEXIS GONZALEZ, ESQ. _____ at ( 305 ) 223-9999 _____
   (Name of Contact Person)        (Area Code and Daytime Telephone Number)

Enclosed is a check for the following amount:

| [✓] $150.00 Filing Fees ($25 for Conversion & $125 for Articles of Organization) | [ ] $155.00 Filing Fees and Certificate of Status | [ ] $180.00 Filing Fees and Certified Copy | [ ] $185.00 Filing Fees, Certified Copy, and Certificate of Status |

**STREET ADDRESS:**
Registration Section
Division of Corporations
Clifton Building
2661 Executive Center Circle
Tallahassee, FL 32301

**MAILING ADDRESS:**
Registration Section
Division of Corporations
P. O. Box 6327
Tallahassee, FL 32314



**Certificate of Conversion**
For
**"Other Business Entity"**
Into
**Florida Limited Liability Company**

This Certificate of Conversion **and attached Articles of Organization** are submitted to convert the following **"Other Business Entity" into a Florida Limited Liability Company** in accordance with s.608.439, Florida Statutes.

1. The name of the "Other Business Entity" immediately prior to the filing of this Certificate of Conversion is:

BENWORTH CAPITAL PARTNERS INCORPORATED  # P08000033209 .
(Enter Name of Other Business Entity)

2. The "Other Business Entity" is a CORPORATION .
(Enter entity type. Example: corporation, limited partnership,
general partnership, common law or business trust, etc.)

first organized, formed or incorporated under the laws of FLORIDA
(Enter state, or if a non-U.S. entity, the name of the country)

on 04/01/2008 effective 03|31|2008
(Enter date "Other Business Entity" was first organized, formed or incorporated)

3. If the jurisdiction of the "Other Business Entity" was changed, the state or country under the laws of which it is now organized, formed or incorporated:

_____ .

4. The name of the Florida Limited Liability Company as set forth in the **attached Articles of Organization:**

BENWORTH CAPITAL PARTNERS LLC .
(Enter Name of Florida Limited Liability Company)

5. If not effective on the date of filing, enter the effective date:_____.
**(The effective date: 1) cannot be prior to nor more than 90 days after the date this document is filed by the Florida Department of State; AND 2) must be the same as the effective date listed in the attached Articles of Organization, if an effective date is listed therein.)**

6. The conversion is permitted by the applicable law(s) governing the other business entity and the conversion complies with such law(s) and the requirements of s.608.439, F.S., in effecting the conversion.

7. The "Other Business Entity" currently exists on the official records of the jurisdiction under which it is currently organized, formed or incorporated.

Signed this 23 _____ day of JANUARY _____ 20 12 _____.

**Signature of Member or Authorized Representative of Limited Liability Company:**
**Individual signing affirms that the facts stated in this document are true. Any false information constitutes a third degree felony as provided for in s.817.155, F.S.**

Signature of Member or Authorized Representative: _____
Printed Name: BERNARDO NAVARRO _____ Title: MANAGER _____

**Signature(s) on behalf of Other Business Entity:** Individual(s) signing affirm(s) that the facts stated in this document are true. Any false information constitutes a third degree felony as provided for in s.817.155, F.S. [See below for required signature(s).]

Signature: _____
Printed Name: BERNARDO NAVARRO _____ Title: PRESIDENT _____

Signature: _____
Printed Name: _____ Title: _____

Signature: _____
Printed Name: _____ Title: _____

Signature: _____
Printed Name: _____ Title: _____

Signature: _____
Printed Name: _____ Title: _____

Signature: _____
Printed Name: _____ Title: _____

**If Florida Corporation:**
Signature of Chairman, Vice Chairman, Director, or Officer.
If Directors or Officers have not been selected, an Incorporator must sign.

**If Florida General Partnership or Limited Liability Partnership:**
Signature of one General Partner.

**If Florida Limited Partnership or Limited Liability Limited Partnership:**
Signatures of **ALL** General Partners.

**All others:**
Signature of an authorized person.

Fees:

| | |
|---|---|
| Certificate of Conversion: | $25.00 |
| Fees for Florida Articles of Organization: | $125.00 |
| Certified Copy: | $30.00 (Optional) |
| Certificate of Status: | $5.00 (Optional) |

**Page 2 of 2**

(stamp: 2012 FEB -1 AM 11: 19  SECRETARY OF STATE TALLAHASSEE, FLORIDA  FILED)

## ARTICLES OF ORGANIZATION FOR FLORIDA LIMITED LIABILITY COMPANY

**ARTICLE I - Name:**
The name of the Limited Liability Company is:

## BENWORTH CAPITAL PARTNERS LLC

(Must end with the words "Limited Liability Company, the abbreviation "L.L.C.," or the designation "LLC.")

**ARTICLE II - Address:**
The mailing address and street address of the principal office of the Limited Liability Company is:

**Principal Office Address:**

300 SEVILLA AVENUE
SUITE 202
CORAL GABLES, FLORIDA 33134

**Mailing Address:**

300 SEVILLA AVENUE
SUITE 202
CORAL GABLES, FLORIDA 33134

**ARTICLE III - Registered Agent, Registered Office, & Registered Agent's Signature:**
(The Limited Liability Company cannot serve as its own Registered Agent. You must designate an individual or another business entity with an active Florida registration.)

The name and the Florida street address of the registered agent are:

AGE RE SERVICES, LLC
Name

3162 COMMODORE PLAZA, SUITE 3E
Florida street address (P.O. Box **NOT** acceptable)

COCONUT GROVE        FL 33133
City, State, and Zip

2012 FEB -1 AM 11: 19
SECRETARY OF STATE
TALLAHASSEE, FLORIDA
**FILED**

*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent as provided for in Chapter 608, F.S..*

Registered Agent's Signature (REQUIRED)

**(CONTINUED)**

Page 1 of 2

**ARTICLE IV- Manager(s) or Managing Member(s):**
*The name and address of each Manager or Managing Member is as follows:*

**Title:**                          **Name and Address:**
"MGR" = Manager
"MGRM" = Managing Member

MGR                                 BERNARDO NAVARRO
                                    300 SEVILLA AVENUE, SUITE 202
                                    CORAL GABLES, FLORIDA 33134

(Use attachment if necessary)

**ARTICLE V:** Effective date, if other than the date of filing: _____.
                                                    (OPTIONAL)

**(The effective date: 1) cannot be prior to nor more than 90 days after the date this document is filed by the Florida Department of State; AND 2) must be the same as the effective date listed in the attached Certificate of Conversion, if an effective date listed therein.)**

**REQUIRED SIGNATURE:**

_____
Signature of a member or an authorized representative of a member.

(In accordance with section 608.408(3), Florida Statutes, the execution of this document constitutes an affirmation under the penalties of perjury that the facts stated herein are true. I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.)

BERNARDO NAVARRO
_____
Typed or printed name of signee

**Page 2 of 2**



## Benworth Capital Partners LLC

| | | | |
|---|---|---|---|
| NMLS ID: 374363 | Street Address: 700 Biltmore Way Suite C1 Coral Gables, FL 33134<br><br>Mailing Address: 700 Biltmore Way Suite C1 Coral Gables, FL 33134 | Phone: 305-445-5223<br>Toll-Free Number: Not provided<br>Fax: 305-445-5232 | Website: www.benworthcapital.com<br>Email: bnavarro@benworthcapital.com |

| | |
|---|---|
| Other Trade Names : | BWC Mortgage |
| Prior Other Trade Names : | BWC Mortgage Bankers; Fundrageous |
| Prior Legal Names : | Benworth Capital Partners Partners, Inc; Benworth Capital Partners, Inc. |
| Sponsored MLOs : | 0 |

| | | | | |
|---|---|---|---|---|
| Fiscal Year End: 12/31 | Formed in: Florida, United States | Date Formed: 03/31/2008 | Stock Symbol: None | Business Structure: Limited Liability Company |

Regulatory Actions : None posted in NMLS.

### Branch Locations  No Branch Locations in NMLS

### State Licenses/Registrations  (Displaying 0 Active, 1 Inactive of 1 Total)

| Regulator | Lic/Reg Name | Authorized to Conduct Business | Consumer Complaint |
|---|---|---|---|
| **Florida** | Mortgage Lender Servicer License | No | **Submit to Regulator** |

| | | |
|---|---|---|
| Lic/Reg #: MLD359 | Original Issue Date : 06/13/2011 | |
| Status : Voluntary Surrender | Status Date: 05/03/2024 | Renewed Through : None |

Other Trade Names used in Florida : BWC Mortgage

| Start | End | Authorized to Conduct Business |
|---|---|---|
| 5/3/2024 | Not Currently Authorized | No |
| 3/15/2011 | 5/2/2024 | Yes |

**View Resident/Registered Agent(s) for Service of Process** ▶

### Regulatory Actions

While some state and federal agencies may add actions taken in previous years against a licensee, the majority are adding only new actions from 2012 or later. To view complete information regarding regulatory actions posted by the agency, click any regulator link.

No regulatory actions have been posted in NMLS.

Information made available through NMLS Consumer Access℠ is derived from NMLS **(Nationwide Multistate Licensing System / Nationwide Mortgage Licensing System and Registry)**, the financial services industry's online registration and licensing database. NMLS was created by the **Conference of State Bank Supervisors (CSBS)** and the **American Association of Residential Mortgage Regulators (AARMR)** and is owned and operated by the **State Regulatory Registry LLC (SRR)**, a wholly owned subsidiary of CSBS. For more information about the System, please visit the **NMLS Resource Center** or the **NMLS Federal Registry Resource Center** websites. | **Download PDF Reader**