# EXHIBIT F

CORPORATION INFORMATION

# Corporation Information

**BENWORTH CAPITAL PARTNERS PR LLC**

| **Details** | Articles | Annual Filings | Certificates |
|---|---|---|---|

## General Information

| | |
|---|---|
| Name | BENWORTH CAPITAL PARTNERS PR LLC |
| Register No. | 468034 |
| Status | ACTIVE |
| Class | Limited Liability Company |
| Type | For Profit |
| Jurisdiction | Domestic |
| Formation Date | 28-Jun-2021 08:02 PM |
| Effective Date | 28-Jun-2021 08:02 PM |
| Expiration Date | Does not expire |

## Main Office

| | |
|---|---|
| Street Address | 221 Ave Ponce de Leon, Suite 1401, SAN JUAN, PR, 00917 |
| Mailing Address | 221 Ave Ponce de Leon, Suite 1401, SAN JUAN, PR, 00917 |

## Resident Agent

| | |
|---|---|
| Name | RR GROUP PSC (Entity) |
| Street Address | #1738 AMARILLO STREET, SUMMIT BUILDING, SUITE 307, SAN JUAN, PR, 00926 |
| Mailing Address | 405 ESMERALDA AVENUE, PMB 146, GUAYNABO, PR, 00969 |



Case 1:25-cv-00117-FB-CHK    Document 32-6    Filed 05/16/25    Page 3 of 14 PageID #: 628

# Administrators

Not Available.

# Authorized Persons

| Name | Street Address | Mailing Address |
|---|---|---|
| Navarro , Bernardo | 954 Ave Ponce de Leon, Suite 205 - PMB 10319, SAN JUAN, PR, 00907 | 954 Ave Ponce de Leon, Suite 205 - P |
| Navarro , Claudia | 954 Ave Ponce de Leon, Suite 205 - PMB 10319, SAN JUAN, PR, 00907 | 954 Ave Ponce de Leon, Suite 205 - P |

# Purpose

To engage in any lawful activity permitted under applicable law.

← Return to Search Results

## Actions



Pay 2023 Annual Due

>



Pay Prior Year(s) Annual Due

>



Order Certificate of Good Standing

>



Order Certificate of Existence

>

nd Entity

>



Case 1:25-cv-00117-FB-CHK    Document 32-6    Filed 05/16/25    Page 4 of 14 PageID #: 629

Corporation Information

✕
### Cancel Entity

〉

⇄
### Convert

〉

➤
### Merge

〉

➤
### Consolidate

〉

🔒
### Manage Access

〉

🗐
### Payment Plan

〉





Government of Puerto Rico
Department of State

Transaction Date: 28-Jun-2021
Register No: 468034
Order No: 2071612

# Government of Puerto Rico

## Certificate of Formation of a Limited Liability Company

### Article I - Limited Liability Company Name

**The name of the Domestic Limited Liability Company is:  BENWORTH CAPITAL PARTNERS PR LLC**

**Desired term for the entity name is: LLC**

### Article II - Principal Office and Resident Agent

Its principal office in the Government of Puerto Rico will be located at:

| | |
|---|---|
| Street Address | **954 Ave Ponce de Leon, Suite 205 - PMB 10319, SAN JUAN, PR, 00907** |
| Mailing Address | **954 Ave Ponce de Leon, Suite 205 - PMB 10319, SAN JUAN, PR, 00907** |
| Phone | **(305) 502-8511** |

The name, street and mailing address of the Resident Agent in charge of said office is:

| | |
|---|---|
| Name | **PRelocate LLC** |
| Street Address | **954 Ave Ponce de Leon, Suite 205, SAN JUAN, PR, 00907** |
| Mailing Address | **954 Ave Ponce de Leon, Suite 205, SAN JUAN, PR, 00907** |
| Email | **info@relocatepuertorico.com** |
| Phone | **(787) 503-8184** |

### Article III - Nature of Business

This is a For Profit entity whose nature of business or purpose is as follows:

**To engage in any lawful activity permitted under applicable law.**

### Article IV - Authorized Persons

The name, street and mailing address of each Authorized Person is as follows:

| | |
|---|---|
| Name | **Navarro, Bernardo** |
| Street Address | **954 Ave Ponce de Leon, Suite 205 - PMB 10319, SAN JUAN, PR, 00907** |
| Mailing Address | **954 Ave Ponce de Leon, Suite 205 - PMB 10319, SAN JUAN, PR, 00907** |
| Email | **bnavarro@benworthcapital.com** |

| | |
|---|---|
| Name | **Navarro, Claudia** |
| Street Address | **954 Ave Ponce de Leon, Suite 205 - PMB 10319, SAN JUAN, PR, 00907** |
| Mailing Address | **954 Ave Ponce de Leon, Suite 205 - PMB 10319, SAN JUAN, PR, 00907** |
| Email | **clapezzia@hotmail.com** |

BENWORTH CAPITAL PARTNERS PR LLC                                      Domestic Limited Liability Company

### Article V - Administrators

Faculties will not end by presenting this Certificate.

### Article VI - Terms of Existence

The term of existence of this entity will be: **Perpetual**

The date from which the entity will be effective is: **28-Jun-2021**

### Supporting Documents

| Document | Date Issued |
| --- | --- |

### STATEMENT UNDER PENALTY OF PERJURY

IN WITNESS WHEREOF, I/We Navarro, Bernardo,Navarro, Claudia, the undersigned, for the purpose of forming a limited liability company pursuant to the laws of Puerto Rico, hereby swear that the facts herein stated are true. This 28th day of June, 2021.



Government of Puerto Rico

# CERTIFICATE OF ORGANIZATION

I, **Félix E. Rivera Torres, Acting Secretary of State** of the Government of Puerto Rico;

**CERTIFY**: That **BENWORTH CAPITAL PARTNERS PR LLC**, register number **468034**, is a **Domestic Limited Liability Company For Profit** organized under the laws of Puerto Rico on this **28th of June, 2021 at 08:02 PM**.



**IN WITNESS WHEREOF**, the undersigned by virtue of the authority vested by law, hereby issues this certificate and affixes the Great Seal of the Government of Puerto Rico, in the City of San Juan, Puerto Rico, today, **June 28, 2021.**

**Félix E. Rivera Torres**
Acting Secretary of State

2071612 - $250.00

*MaY000000496*

_____
(Requestor's Name)

_____
(Address)

_____
(Address)

_____
(City/State/Zip/Phone #)

☐ PICK-UP        ☐ WAIT        ☐ MAIL

_____
(Business Entity Name)

_____
(Document Number)

Certified Copies _____     Certificates of Status _____

Special Instructions to Filing Officer:

Office Use Only



200420165822

12/11/23--01036--008   **125.00



2023 DEC 11  AM 8:48

JAN 18 2024

T. LEMIEUX

### COVER LETTER

**TO:**   Registration Section
         Division of Corporations

         Benworth Capital Partners PR LLC
**SUBJECT:** _____
                          Name of Limited Liability Company

The enclosed "Application by Foreign Limited Liability Company for Authorization to Transact Business in Florida," Certificate of Existence, and check are submitted to register the above referenced foreign limited liability company to transact business in Florida.

Please return all correspondence concerning this matter to the following:

         Norma Varas
         _____
                          Name of Person

         Benworth Capital Partners PR LLC
         _____
                          Firm/Company

         700 Biltmore Way, Suite C-1
         _____
                          Address

         Coral Gables, Florida 33134
         _____
                          City/State and Zip Code

         nvaras@benworthcapital.com
         _____
                  E-mail address: (to be used for future annual report notification)

For further information concerning this matter, please call:

         Norma Varas                          305        445-5223
         _____ at (_____) _____
              Name of Contact Person          Area Code    Daytime Telephone Number

**Mailing Address:**                    **Street Address:**
Registration Section                    Registration Section
Division of Corporations                Division of Corporations
P.O. Box 6327                           The Centre of Tallahassee
Tallahassee, FL 32314                   2415 N. Monroe Street, Suite 810
                                        Tallahassee, FL 32303

Enclosed is a check for the following amount:
Please make check payable to: **FLORIDA DEPARTMENT OF STATE**
■ $125.00 Filing Fee    ☐ $130.00 Filing Fee &    ☐ $155.00 Filing Fee &    ☐ $160.00 Filing Fee, Certificate
                           Certificate of Status      Certified Copy            of Status & Certified Copy

**APPLICATION BY FOREIGN LIMITED LIABILITY COMPANY FOR AUTHORIZATION TO TRANSACT BUSINESS IN FLORIDA**

*IN COMPLIANCE WITH SECTION 605.0902, FLORIDA STATUTES, THE FOLLOWING IS SUBMITTED TO REGISTER A FOREIGN LIMITED LIABILITY COMPANY TO TRANSACT BUSINESS IN THE STATE OF FLORIDA:*

1. Benworth Capital Partners PR LLC
   _____
   (Name of Foreign Limited Liability Company; must include "Limited Liability Company," "L.L.C.," or "LLC.")

   _____
   (If name unavailable, enter alternate name adopted for the purpose of transacting business in Florida. The alternate name must include "Limited Liability Company," "L.L.C." or "LLC.")

2. Puerto Rico
   (Jurisdiction under the law of which foreign limited liability company is organized)

3. 66-0982180
   (FEI number, if applicable)

4. January 1, 2023
   (Date first transacted business in Florida, if prior to registration.)
   (See sections 605.0904 & 605.0905, F.S. to determine penalty liability.)

5. 221 Avenida Ponce de Leon
   (Street Address of Principal Office)

   Suite 1401

   San Juan, Puerto Rico 00917

6. 700 Biltmore Way
   (Mailing Address)

   Suite C-1

   Coral Gables, Florida 33134

7. Name and street address of Florida registered agent: (P.O. Box NOT acceptable)

   Name: Alfred F. Andreu

   Office Address: 700 Biltmore Way, Suite C-1

   Coral Gables (City)   , Florida 33134 (Zip code)

**Registered agent's acceptance:**
*Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this application, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.*

_____
(Registered agent's signature)

8.  For initial indexing purposes, list names, title or capacity and addresses of the primary members/managers or persons authorized to manage [up to six (6) total]:

| **Title or Capacity:** | **Name and Address:** | **Title or Capacity:** | **Name and Address:** |
|---|---|---|---|
| ☐Manager | Name: Alfred F. Andreu | ☐Manager | Name: _____ |
| ☐Member | Address: 700 Biltmore Way, Suite C-1 | ☐Member | Address: _____ |
| ■Authorized | Coral Gables, Florida 33134 | ☐Authorized | _____ |
| Person | _____ | Person | _____ |
| ☐Other_____ | ☐Other_____ | ☐Other_____ | ☐Other_____ |

| | | | |
|---|---|---|---|
| ☐Manager | Name: _____ | ☐Manager | Name: _____ |
| ☐Member | Address: _____ | ☐Member | Address: _____ |
| ☐Authorized | _____ | ☐Authorized | _____ |
| Person | _____ | Person | _____ |
| ☐Other_____ | ☐Other_____ | ☐Other_____ | ☐Other_____ |

| | | | |
|---|---|---|---|
| ☐Manager | Name: _____ | ☐Manager | Name: _____ |
| ☐Member | Address: _____ | ☐Member | Address: _____ |
| ☐Authorized | _____ | ☐Authorized | _____ |
| Person | _____ | Person | _____ |
| ☐Other_____ | ☐Other_____ | ☐Other_____ | ☐Other_____ |

Important Notice: Use an attachment to report more than six (6). The attachment will be imaged for reporting purposes only. Non-indexed individuals may be added to the index when filing your Florida Department of State Annual Report form.

9. Attached is a certificate of existence, no more than 90 days old, duly authenticated by the official having custody of records in the jurisdiction under the law of which it is organized. (If the certificate is in a foreign language, a translation of the certificate under oath of the translator must be submitted)

10. This document is executed in accordance with section 605.0203 (1) (b), Florida Statutes. I am aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.

_____
Signature of an authorized person

Alfred F. Andreu, Authorized Representative
_____





# CERTIFICATE OF EXISTENCE

I, **Omar J. Marrero Díaz, Secretary of State** of the Government of Puerto Rico,

**CERTIFY:** That according to our records **BENWORTH CAPITAL PARTNERS PR LLC**, with registration number **468034**, is a **domestic for profit limited liability company** organized on **June 28, 2021**.

*This certification does not certify that this corporation has filed its annual reports, pursuant to the requirements of the General Corporations Law, as amended. If you need to know if such reports have been filed, you must request a Certificate of Good Standing.*





**IN WITNESS WHEREOF**, the undersigned by virtue of the authority vested by law, hereby issues this certificate and affixes the Great Seal of the Government of Puerto Rico, in the City of San Juan, Puerto Rico, today, **November 30, 2023.**

**Omar J. Marrero Díaz**
Secretary of State

To validate this certificate go to:        https://estado.pr.gov/

This certificate can be validated an unlimited number of times before its expiration date of 29-Nov-2024.

Certificate Validation Number: **612121-45021436**





# CERTIFICATE OF GOOD STANDING

I, **Omar J. Marrero Díaz, Secretary of State** of the Government of Puerto Rico,

**CERTIFY:** That, pursuant to Puerto Rico's General Law of Corporations, **BENWORTH CAPITAL PARTNERS PR LLC**, register number **468034**, a **for profit domestic** Limited Liability Company organized under the laws of Puerto Rico on **June 28, 2021**, has complied with the payment of its Annual Fees.



**IN WITNESS WHEREOF**, the undersigned by virtue of the authority vested by law, hereby issues this certificate and affixes the Great Seal of the Government of Puerto Rico, in the City of San Juan, Puerto Rico, today, **November 30, 2023.**



**Omar J. Marrero Díaz**
Secretary of State

To validate this certificate go to:          https://estado.pr.gov/

This certificate is valid for one (1) year from issue date (Regulation 8688, Art. 26). However, it is subject to faithful compliance with the provisions of Chapter XV and Chapter XXI of Act 164-2009, as applicable.

Certificate Validation Number: **612132-45215252**



## BENWORTH CAPITAL PARTNERS PR LLC

| NMLS ID: 2234263 | Street Address: 221 Av. Ponce de Leon Suite 1401 San Juan, PR 00917 | Phone: 787-945-0626 | Website: Not provided |
|---|---|---|---|
| | | Toll-Free Number: Not provided | Email: CNAVARRO@BENWORTHCAPITAL.COM |
| | Mailing Address: 221 Av. Ponce de Leon Suite 1401 San Juan, PR 00917 | Fax: 787-945-0985 | |

| Other Trade Names : | None |
|---|---|
| Prior Other Trade Names : | None |
| Prior Legal Names : | None |
| Sponsored MLOs : | 3 |

| Fiscal Year End: 12/31 | Formed in: Puerto Rico, United States | Date Formed: 06/28/2021 | Stock Symbol: None | Business Structure: Limited Liability Company |
|---|---|---|---|---|

| Regulatory Actions : | None posted in NMLS. |
|---|---|

### Branch Locations  (1 Active, 0 Inactive)

### State Licenses/Registrations  (Displaying 2 Active of 2 Total)

| Regulator | Lic/Reg Name | Authorized to Conduct Business | Consumer Complaint |
|---|---|---|---|
| **Florida** | Mortgage Lender License | Yes | **Submit to Regulator** |

| Lic/Reg #: MLD2534 | Original Issue Date : 01/19/2024 | |
|---|---|---|
| Status : Approved | Status Date: 01/19/2024 | Renewed Through : 2024 |
| Other Trade Names used in Florida : None | | |

| Start | End | Authorized to Conduct Business |
|---|---|---|
| 1/19/2024 | Present | Yes |

**View Resident/Registered Agent(s) for Service of Process** ▸

| **Puerto Rico** | Mortgage Lender/Servicer (Concesionarios/Administradores de Préstamos Hipotecarios) | Yes | **Submit to Regulator** |
|---|---|---|---|

| Lic/Reg #: IH-253 | Original Issue Date : 09/22/2021 | |
|---|---|---|
| Status : Approved | Status Date: 09/22/2021 | Renewed Through : 2025 |
| Other Trade Names used in Puerto Rico : None | | |

| Start | End | Authorized to Conduct Business |
|---|---|---|
| 9/22/2021 | Present | Yes |

**View Resident/Registered Agent(s) for Service of Process** ▸

| Regulatory Actions | While some state and federal agencies may add actions taken in previous years against a licensee, the majority are adding only new actions from 2012 or later. To view complete information regarding regulatory actions posted by the agency, click any regulator link. |
|---|---|

No regulatory actions have been posted in NMLS.

Information made available through NMLS Consumer Access℠ is derived from NMLS **(Nationwide Multistate Licensing System / Nationwide Mortgage Licensing System and Registry)**, the financial services industry's online registration and licensing database. NMLS was created by the **Conference of State Bank Supervisors (CSBS)** and the **American Association of Residential Mortgage Regulators (AARMR)** and is owned and operated by the **State Regulatory Registry LLC (SRR)**, a wholly owned subsidiary of CSBS. For more information about the System, please visit the **NMLS Resource Center** or the **NMLS Federal Registry Resource Center** websites. | **Download PDF Reader**