# EXHIBIT G



## 👤 Bernardo Enrique Navarro

| NMLS ID: 329578 | Phone: 3054455223 | Fax: 305-445-5232 |
|---|---|---|
| Other Names : None | Prior Other Names : None | Prior Legal Names : None |

| Regulatory Actions : None posted in NMLS. |
|---|

### Employment

| Authorized to Represent : BENWORTH CAPITAL PARTNERS PR LLC (2234263) | Engaged in other businesses : Yes |
|---|---|

| From | To | Employer | Position | City | State | Zip Code | Financial Services |
|---|---|---|---|---|---|---|---|
| 06/2021 | Present | Benworth Capital Partners PR LLC | Director | San Juan | PR | 00918 | Yes |
| 04/2008 | Present | Benworth Capital Partners LLC | President | Coral Gables | FL | 33134 | Yes |
| 05/2007 | 03/2008 | JP Morgan Chase | Branch Manager | Coral Gables | FL | 33134 | Yes |
| 09/2005 | 04/2007 | Countrywide Home Loans | Branch Manager | Miami | FL | 33173 | Yes |
| 01/2000 | 08/2005 | HomeMortgage | President | Miami | FL | 33175 | Yes |

### Office Locations

| Company | NMLS ID | Type | Street Address | City | State | Zip Code | Start Date |
|---|---|---|---|---|---|---|---|
| BENWORTH CAPITAL PARTNERS PR LLC | 2234263 | Main | 221 Av. Ponce de Leon Suite 1401 | San Juan | PR | 00917 | 09/09/2021 |

### State Licenses/Registrations  (Displaying 2 Active of 2 Total)

| Regulator | Lic/Reg Name | | Authorized to Conduct Business | Consumer Complaint |
|---|---|---|---|---|
| **Florida** | Mortgage Loan Originator License | | Yes | **Submit to Regulator** |

| Lic/Reg #: LO3865 | Original Issue Date : 03/15/2011 | |
|---|---|---|
| Status : Approved | Status Date: 01/09/2024 | Renewed Through : 2025 |

Currently Authorized to Represent

Company: **BENWORTH CAPITAL PARTNERS PR LLC** ▶
NMLS ID: 2234263
Start Date: 04/01/2024

[−] Hide Previously Authorized to Represent

None

| Start | End | Authorized to Conduct Business | Temporary Authority Begin Date |
|---|---|---|---|
| 1/9/2024 | Present | Yes | |
| 1/1/2024 | 1/8/2024 | No | |
| 3/15/2011 | 12/31/2023 | Yes | |

| **Puerto Rico** | Mortgage Loan Originator (Originador de Préstamos Hipotecarios) | Yes | **Submit to Regulator** |
|---|---|---|---|

| Lic/Reg #: MLO-946 | Original Issue Date : 06/30/2022 | |
|---|---|---|
| Status : Approved | Status Date: 06/30/2022 | Renewed Through : 2025 |

Currently Authorized to Represent

Company: **BENWORTH CAPITAL PARTNERS PR LLC** ▶
NMLS ID: 2234263
Start Date: 06/23/2022

Case 1:25-cv-00117-FB-CHK     Document 32-7     Filed 05/16/25     Page 3 of 3 PageID #: 642

**[−] Hide Previously Authorized to Represent**

None

| Start | End | Authorized to Conduct Business | Temporary Authority Begin Date |
|---|---|---|---|
| 6/30/2022 | Present | Yes | |

Regulatory Actions

While some state and federal agencies may add actions taken in previous years against a licensee, the majority are adding only new actions from 2012 or later. To view complete information regarding regulatory actions posted by the agency, click any regulator link.

No regulatory actions have been posted in NMLS.

Information made available through NMLS Consumer Access℠ is derived from NMLS **(Nationwide Multistate Licensing System / Nationwide Mortgage Licensing System and Registry)**, the financial services industry's online registration and licensing database. NMLS was created by the **Conference of State Bank Supervisors (CSBS)** and the **American Association of Residential Mortgage Regulators (AARMR)** and is owned and operated by the **State Regulatory Registry LLC (SRR)**, a wholly owned subsidiary of CSBS. For more information about the System, please visit the **NMLS Resource Center** or the **NMLS Federal Registry Resource Center** websites. | **Download PDF Reader**