UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILLIAM KOLBERT,<br><br>                    Plaintiff,<br><br>          -against-<br><br>BENWORTH CAPITAL PARTNERS LLC; BENWORTH CAPITAL PARTNERS PR LLC; BENWORTH FINANCIAL LLC; BERNARDO NAVARRO a/k/a BERNARDO E. NAVARRO; CLAUDIA NAVARRO a/k/a CLAUDIA PEZZIA NAVARRO; OTO ANALYTICS, LLC f/k/a OTO ANALYTICS, INC., d/b/a WOMPLY; and TOBY SCAMMELL a/k/a TOBY G. SCAMMELL,<br><br>                    Defendants. | Civil Action<br>Case No.: 1:25-cv-00117-FB-CHK<br><br><br>**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

**IT IS HEREBY STIPULATED AND AGREED by** and between the undersigned attorneys for Plaintiff and Defendants that the above-captioned action is voluntarily dismissed, with prejudice, against all Defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), with each party to bear their own fees and costs.

    Dated: Brooklyn, New York
    September 5, 2025

| | |
|---|---|
| **PETROFF AMSHEN LLP**<br>*Attorneys for Plaintiff*<br>William Kolbert | **HOLLAND & KNIGHT LLP**<br>*Attorneys for Defendants*<br>Benworth Capital Partners LLC, Benworth Capital Partners PR LLC, Benworth Financial LLC, Bernardo Navarro a/k/a Bernardo E. Navarro, and Claudia Navarro a/k/a Claudia Pezzia Navarro |
|  */s/ Serge Petroff*<br>Serge F. Petroff, Esq.<br>1795 Coney Island Avenue, Third Floor<br>Brooklyn, New York 11230<br>Tel: (718) 336-4200 | */s/ Sean C. Sheely*<br>Sean C. Sheely, Esq.<br>787 Seventh Avenue, 31st Floor<br>New York, New York 10019<br>Tel: (212) 513-3538 |

**WILLKIE FARR & GALLAGHER LLP**
*Attorneys for Defendants*
Oto Analytics, LLC f/k/a Oto Analytics, Inc.,
d/b/a Womply; and Toby Scammell a/k/a
Toby G. Scamell

*/s/ Alexander L. Cheney*
Alexander L. Cheney, Esq.
333 Bush Street
San Francisco, California 94104
Tel: (415) 858-7418